JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 559 -- In re DeLorean Motor Company Litigation

| Date | Pldg. No. | Pleading Description |
|---|---|---|
| 83/08/26 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, EXHIBITS AND CERT. OF SVC. -- Defts. Cristina, DeLorean Manuf. Co., Logan Manuf. Co., Thomas W. Kimmerly, John Z. DeLorean, George J. Hayward, and James H. Season -- SUGGESTED TRANSFEREE DISTRICT: Eastern District of Michigan   (emh) |
| 83/08/31 | | AMENDED SCHEDULE A -- for pldg. no. 1 and attached to pldg. no. 1.   (jsj) |
| 83/09/02 | 2 | NOTICE OF RELATED ACTION -- Movant -- Rudolph v. De Lorean, S.D.Fla., C.A. No. 83-2137-CIV-JWK w/cert of svc.   (jsj)   (2137) |
| 83/09/06 | | APPEARANCES:  Sheldon S. Toll for plaintiff Unsecured Creditors' Committee of De Lorean Motor Company.  Richard S. Berger for defendants Cristina, De Lorean Manufacturing Company, Logan Manufacturing Company and Thomas W. Kimmerly.   (jsj) |
| 83/09/07 | | APPEARANCES: William Simon for defendants John Z. De Lorean, Cristina De Lorean, George J. Hayward, and James H. Season.   (jsj)  Stults & Marshall for plaintiff Audio Systems, Inc.   (jsj) |
| 83/09/09 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- plaintiff Audio Systems -- granted to and including September 19, 1983.   (jsj) |
| 83/09/13 | | APPEARANCE: William J. McSherry, Jr. for defendants Cristina and De Lorean Manufacturing Company   (jsj) |
| 83/09/13 | 4 | RESPONSE/MEMORANDUM -- plaintiff Unsecured Creditors' Committee of De Lorean Motor Company -- w/cert. of svc.   (jsj) |
| 83/09/16 | | APPEARANCE -- Richard S. Berger for DeLorean Motor Co.   (rew) |
| 83/09/19 | 5 | RESPONSE/MEMORANDUM -- Audio Systems, Inc. -- w/cert. of svc.   (jsj) |
| 83/09/21 | 6 | AMENDMENT/MEMORANDUM TO JOINT MOTION (See Pldg. 1) -- defendant DeLorean -- w/Exhibit and amended cert. of svc.   (jsj) |
| 83/09/28 | | HEARING ORDER -- Setting motion of defendants Cristina, DeLorean Manufacturing Co., Logan Manufacturing Co., Thomas W. Kimmerly, John Z. DeLorean, George J. Hayward and James H. Season to transfer A-1 thru A-6 for hearing on November 1, 1983 in Savannah, Georgia.   (jsj) |

JPML FORM 1A

p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 559 -- In re DeLorean Motor Company Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/09/28 | 7 | REPLY/MEMORANDUM -- Moving defendants -- w/cert. of svc. (jsj) |
| 83/09/29 | | UNTIMELY APPEARANCE: James P. Walsh, Jr., Esq. for Office of the United States Attorney for the Central District of California |
| 83/09/30 | 8 | REQUEST FOR EXTENSION OF TIME -- pltf. Sidney J. Rudolph, et al. -- DENIED. Notified all counsel on PASL. (jsj) |
| 83/09/30 | 9 | REQUEST FOR EXTENSION OF TIME -- deft. Oppenheimer & Co., Inc. -- DENIED. Notified all counsel on PASL. (jsj) |
| 83/09/30 | | APPEARANCE -- Jay G. Strum for Oppenheimer & Co., Inc.; Murray Sams, Jr. for Sidney J. Rudolph, et al. (emh) |
| 83/10/06 | 10 | RESPONSE -- pltfs. Sidney J. Rudolph, et al. w/cert. of svc. (ds) |
| 83/10/06 | 11 | RESPONSE -- Oppenheimer & Co., Inc., Jack Nash, Collin Keith and Michael Hayes w/cert. of svc. (ds) |
| 83/10/11 | 12 | RESPONSE -- Creditors' Committee w/cert. of svc. (ds) |
| 83/10/13 | 13 | REPLY (to pldg. No. 11) -- Defts. The Unsecured Creditors' Committee of DeLorean Motor Co., Cristina, DeLorean Manufacturing Co., Logan Manufacturing Co., Thomas W. Kimmerly, John Z. DeLorean, Cristina DeLorean, George J. Hayward and James H. Season w/cert. of svc. (ds) |
| 83/10/13 | 14 | REPLY (to pldg. 10) -- deft. John Z. DeLorean w/Exhibit A and cert. of svc. (ds) |
| 83/10/14 | | APPEARANCE -- JAY G. STRUM, ESQ. for Collin Keith and Michael Hayes (ds) |
| 83/10/14 | 15 | RESPONSE -- Audio Systems, Inc. -- w/cert. of service (cds) |
| 83/10/20 | 16 | RESPONSE -- pltfs. Sidney J. Rudolph, et al. w/exhibits A & B and cert. of svc. (ds) |
| 83/10/28 | | HEARING APPEARANCES: Richard S. Berger for Cristina, DeLorean Manufacturing Co., Logan Manufacturing Co; Thomas W. Kimmerly, John Z. DeLorean; xxxxxxxxxxxxxx |

cont'd on next page

JPML FORM 1A                                                                p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 559 -- In re DeLorean Motor Company Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/10/28 | | Hearing Appearances cont'd -- Sheldon S. Toll for Unsecured Creditors' Committee of DeLorean Motor Co.; S. Pitkin Marshall for Audio Systems, Inc.; Jay G. Strum for Oppenheimer & Co., Inc., Jack Nash, J. Colin Keith, Michael Hays; Murray Sams, Jr. for Sidney J. Rudolph; (emh) |
| | | WAIVER OF ORAL ARGUMENT -- Office of the United States Attorney for the Central District of Calif.; Goerge J. Hayward, James H. Season (emh) |
| 83/12/15 | | CONSENT OF TRANSFEREE COURT -- assigning MDL-559 to the Honorable George E. Woods in the Eastern District of Michigan for coordinated or consolidated pretrial proceedings. (jsj) |
| 83/12/15 | | TRANSFER ORDER -- transferring A-1 thru A-6 to the Eastern District of Michigan for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved judges, clerks, counsel and recipients. (jsj) |
| 84/05/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 David W. Allard, Jr. v. John Z. Delorean, et al., S.D. California, C.A. No. 84-1038JLI (CM). Notified involved judges and counsel (rh) |
| 84/06/01 | 17 | NOTICE OF OPPOSITION -- B-7 Allard, etc. v. John Z. DeLorean, et al., S.D. Calif., C.A. No. 84-1038JLI (CM) -- filed by deft. John Z. DeLorean, Cristinia C. DeLorean & Howard Weitzman Notified PASL & involved judges. (rh) |
| 84/06/18 | 18 | MOTION/BRIEF TO VACATE CTO -- B-7 Allard, etc. v. DeLorean, et al., S.D.Calif., 84-1038-JLI (CM) -- defts. John Z. DeLorean, Cristina C. DeLorean and Howard L. Weitzman -- w/exhibits and cert. of svc. (emh) |
| 84/07/02 | 19 | RESPONSE/BRIEF -- pltf. David W. Allard, Jr. w/Exhibits A thru E and cert. of svc. (ds) |
| 84/08/06 | | HEARING ORDER -- setting opposition to transfer B-7 for Panel hearing in San Francisco, Californai on September 20, 1984 (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 559 -- In re DeLorean Motor Company Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/09/19 | | HEARIN APPEARANCES -- RICHARD S. BERGER, ESQ. for Howard L. Weitzman; SHELDON S. TOLL, ESQ. for David W. Allard, Jr. (ds) |
| 84/09/19 | | WAIVERS -- Audio Systems, Inc.; Openheimer & Co., Inc.; Leon Levy, Jack Nash, J. Colin Keith, Howard W. Phillips and Michael J. Hayes; U.S. Attorneys Office in the Central District of California (ds) |
| 84/09/26 | 20 | RECEIVED IN OPEN COURT ON SEPTEMBER 20, 1984, SAN FRANCISCO, CA. -- Pretrial Material filed in S.D. Calif. regarding (B-7) no cert. of svc. (rh) |
| 84/09/27 | ⌀ | ORDER DENYING TRANSFER -- B-7 David W. Allard, Jr. v. John Z. Delorean, et al., S.D.Cal., #84-1038JLI(CM) -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 559 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DeLOREAN MOTOR COMPANY LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates Nov. 1, 1983 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 15, 1983 | TO | Unpublished | E.D. Mich. | George E. Woods | |

Special Transferee Information

DATE CLOSED: 6/27/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 559 -- In re DeLorean Motor Company Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Unsecured Creditors' Committee v. John Z. DeLorean, et al. | E.D.Mich Pratt | 83-1305 | | 83-5706 | ----BKRPTCY ACTION---- | |
| A-2 | Unsecured Creditors' Committee v. John Z. DeLorean, et al. | E.D.Mich Pratt | 83-CV-2764-DT | | | 11/1/83 D | |
| A-3 | Unsecured Creditors' Committee v. John Z. DeLorean, et al. | E.D.Mich Pratt | 83-CV-2762-DT | | | 11/1/83 D | |
| A-4 | Audio Systems, Inc. v. John Z. DeLorean, et al. | S.D.N.Y. Brieant | 82-Civ-7003 | 12/15/83 | 84-0441 | 5/2/87 D | |
| A-5 | Unsecured Creditors' Committee v. John Z. DeLorean, et al. | S.D.N.Y. Brieant | 83 CIV 6232 | 12/15/83 | 84-0442 | 3/9/89 D | appeal |
| A-6 | Sidney J. Rudolph, et al. v. John Z. DeLorean, et al. | S.D.Fla | 83-2137-CIV-JWk | 12/15/83 | 84-0843 | 5/15/90 | hndled motion |
| B-7 | David W. Allard, Jr. v. John Z. Delorean, et al. 5/17/84 opposed 6/1/84 | S.D.Cal. Irving | 84-1038JLI (CM) | | Denied 9/27/84 | 9/21/83 | |
| XYZ-8 | DeLorean Motor Motor Co. v. Consolidated International | E.D.Mich | 83-2481 | | | 6/24/88 D | |

July 1984 - 3 TR / 4 XYZ / 7 Pdg (1 opp)
July 1985 - 7 Pending
July 1986 - 2 Dis / 5 Pending
~~July 1987 - Same~~
July 1988 - 1 Dis / 4 Pending

DOCKET NO. 559 -- DeLorean Motor Company Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-9 | John Z. DeLorean v. David Allard | Mich.,E. | 84-3117 | | | 3/4/86 D | on appeal 6th Cir. |
| XYZ-10 | John Z. DeLorean v. David Allard | Mich.,E. | 84-2456 | (consolidated with 84-3117) | | 3/4/86 | on appeal 6th Cir. |
| XYZ-11 | DeLorean Motor Co. v. David Allard | Mich.,E. | 84-2458 | (consolidated with 84-3117) | | 3/4/86 | on appeal 6th Cir. |
| XYZ-12 | David Allard, Jr. v. DeLorean Motor Co. | Mich.,E. | Appeal No. 84-2774 | | | 7/17/85 | |
| XYZ-13 | Richard Lawrence, et al. v. David Allard | Mich.,E. | Appeal No. 85-0373 | | | 6/27/90 D | |
| XYZ-14 | David Allard, Jr. v. John Z. DeLorean | Mich.,E. | Appeal No. 85-0999 | | | 7/17/85 | |
| XYZ-15 | Van Ginkel & Benjamin v. David Allard, Jr. | Mich.,E. | Appeal No. 85-4077 | | | 10/18/85 | |
| XYZ-16 | John Z. DeLorean v. David W. Allard, Jr. | Mich.,E. | Appeal No. 85-4228 | | | 2/10/84 | |
| XYZ-17 | Mary Thoman, et al. v. David W. Allard | Mich.,E. | Appeal No. 85-4273 | | | 10/18/85 | |
| XYZ-18 | DeLorean Mfg. Co. | Mich E. | Appeal No. 84-2168 | | | 3/26/85 | |
| XYZ-19 | Edward L. Smith, et al. v. Arthur Anderson | Mich.,E. | Appeal No. 86-0446 | | | 2/16/89 D | |
| XYZ-20 | John Z. DeLorean v. David W. Allard | Mich.,E. | Appeal No. 86-0536 | | | 4/23/87 | |

DOCKET NO. 559 -- DeLorean Motor Co. Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-21 | John Z. DeLorean v. David W. Allard, Jr. | Mich.,E. | Appeal No. 86-1161 | --- | --- | 5/19/86 | |
| XYZ-22 | David W. Allard v. Robert Benjamin | Mich.,E. | Appeal No. 86-1168 | --- | --- | 4/10/86 | |
| XYZ-23 | Ted M. Gans, et al. v. David Allard | Mich.,E. | Appeal No. 85-2721 | --- | --- | 8/9/85 | |
| XYZ-24 | Henry I. Bushkin v. David W. Allard, Jr. | Mich.,E. | Appeal No. 85-2722 | --- | --- | 8/6/85 | |
| XYZ-25 | Ted M. Gans, et al. v. DeLorean Motor Co. | Mich.,E. | Appeal No. 85-3161 | --- | --- | 8/9/85 | |
| XYZ-26 | Logan Mfg. Co. v. David W. Allard | Mich.,E. | Appeal No. 86-0445 | --- | --- | 5/6/86 | |
| XYZ-27 | Gordon Novel, et al. v. David Allard, et al. | Mich., E. | Appeal No. 86-0847 | --- | --- | 6/26/86 | |
| XYZ-28 | John Z. DeLorean v. David Allard | Mich.,E. | Appeal No. 86-1648 | --- | --- | 6/27/86 | |
| XYZ-29 | David W. Allard v. Ted M. Gans | Mich.,E. | Appeal No. 86-2118 | --- | --- | 6/23/86 | |
| XYZ-30 | David W. Allard v. Kassebaum & Johnson | Mich.,E. | Appeal No. 86-2450 | | | 2/17/89 | |
| XYZ-31 | David Allard v. Robert Benjamin, et al. | Mich.,E. | Appeal No. 86-2573 | --- | --- | 7/21/86 | |
| XYZ-32 | David W. Allard v. Robert W. Benjamin, et al. | Mich.,E. | Appeal No. 86-2759 | | | 9/14/89 | |

DOCKET NO. 559 -- DeLorean Motor Company Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-33 | DeLorean Motor Company v. David W. Allard, et al. | Mich.,E. | Appeal No. 87-0847 | | | 6/27/86 D | |
| XYZ-34 | David W. Allard v. Ronald C. Vinci | Mich.,E. | Appeal No. 87-0973 | | | 9/4/87 D | |

July 1987 - 26 XYZ / 20 Dis / 13 Pending
July 1988 - 6 Dis / 27 Pending
July 1989 - Same
July 1990 - 6 Dis / 1 Pending
July 1991 - [illegible] / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 559 -- In re De Lorean Motor Company Litigation

THE UNSECURED CREDITORS' COMMITTEE OF
DE LOREAN MOTOR COMPANY (A-1,3,5)
Sheldon S. Toll
Honigman Miller Schwartz and Cohn
2290 First National Building
Detroit, Michigan  48226

AUDIO SYSTEMS, INC. (A-4)
Stults & Marshall
1370 Ave. of the Americas
New York, New York  10019

CRISTINA
DE LOREAN MANUFACTURING COMPANY
William J. McSherry, Jr.
Spengler Carlson Gubar Brodsky &
  Frischling
280 Park Avenue
New York, New York  10017

DELOREAN MOTOR CO.
LOGAN MANUFACTURING CO.
THOMAS W. KIMMERLY
Richard S. Berger, Esq.
Gendel, Raskoff, Shapiro & Quittner
1801 Century Park East, Sixth Floor
Los Angeles, California  90067

JOHN Z. DE LOREAN
CRISTINA DE LOREAN
GEORGE J. HAYWARD
JAMES H. SEASON
William Simon, Esq.
Hertzog, Calamari & Gleason
100 Park Avenue
New York, New York  10017

OFFICE OF THE UNITED STATES
ATTORNEY FOR THE CENTRAL DISTRICT
OF CALIFORNIA
James P. Walsh, Jr., Esq.
Chief, Major Narcotics Violators Unit
United States Attorney's Office
312 North Spring Street
Room 1426
Los Angeles, CA  90012

ROY NESSETH (No App. Rec'd)
16572 Mariana Circle
Huntington Beach, California  92648

DOUGLAS ELLIMAN-GIBBONS & IVES, INC.
(No App. Rec'd)
William R. Miller, Esq.
Senior Vice President
Douglas Elliman-Gibbons & Ives, Inc.
575 Madison Avenue
New York, New York  10022

SIDNEY J. RUDOLPH, ET AL (A-6)
Murray Sams, Jr., Esq.
Sams, Gerstein, Ward, Newman &
  Beckham, P.A.
700 Concord Building
66 West Flagler Street
Miami, Florida  33130

OPPENHEIMER & CO., INC. (Deft A-6)
Jay G. Strum, Esq.
KAYE, SCHOELER, FIERMAN, HAYES &
  HANDLER
425 Park Avenue
New York, New York  10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __559__ -- _____

---

Unable to determine counsel or address of the following defendants in A-6:
LEON LEVY
JACK NASH

HOWARD W. PHILLIPS

JOHN DOE COMPANY

**COLLIN KEITH**
<u>MICHAEL HAYES</u>
Jay G. Strum, Esquire
Kaye, Scholer, Fierman,
 Hays & Handler
425 Park Avenue
New York, New York 10022

<u>DAVID W. ALLARD, JR., (B-7)</u>
Keith E. McWilliams, Esq.
Sullivan, McWilliiams, Markham,
  Lewin, Christopher & Disner
600 "B" Street, Suite 1400
San Diego, California  92101

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 559 -- In re DeLorean Motor Company Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| John Z. DeLorean | A-1,2,3,4,5,6, |
| Cristina | A-1,2,3,4, |
| DeLorean Manufacturing Company | A-1,2,3,4 |
| Logan Manufacturing Company | A-1,2,3, |
| DeLorean Motor Company, Inc. | A-1,2,3 |
| Thomas W. Kimmerly | A-1,2,3,4 |
| Office of the United States Attorney for the C.D. Calif. | A-1,2,3 |
| Douglas Elliman Gibbons & Ives, Inc. | A-5 |
| Roy Nesseth | A-4 |
| George J. Hayward | A-4 |
| James H. Season | A-4 |

p. _____

| | |
|---|---|
| Cristina De Lorean ✓ | A-4, A-7 |
| Oppenheimer & Co., Inc. | A-6 |
| Leon Levy | A-6 |
| Jack Nash | A-6 |
| Collin Keith | A-6 |
| Howard W. Phillips | A-6 |
| Michael Hayes | A-6 |
| John Doe Company | A-6 |
| Howard L. Weitzman | A-7 |
| | |
| | |