JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 15 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 559

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DELOREAN MOTOR COMPANY LITIGATION

TRANSFER ORDER*

    This litigation consists of six actions pending in three federal districts: three actions in the Eastern District of Michigan, two actions in the Southern District of New York and one action in the Southern District of Florida. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by certain defendants (the DeLorean parties), to centralize the actions in this litigation in the Eastern District of Michigan for coordinated or consolidated pretrial proceedings. The following parties oppose the motion: 1) Unsecured Creditors' Committee of DeLorean Motor Company, plaintiff in one Michigan action and in one New York action; 2) Audio Systems, Inc., plaintiff in the other New York action; 3) plaintiffs in the Florida action; and 4) four defendants in the Florida action.

    On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Eastern District of Michigan will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The actions before the Panel present common questions of fact pertaining to, <u>inter alia</u>, the alleged conversion by the DeLorean parties of approximately $17.7 million in research and development funds. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    The Eastern District of Michigan is clearly the most preferable transferee district. We note that 1) related bankruptcy proceedings involving DeLorean Motor Company are pending in that district, and 2) a related grand jury investigation is occurring in that district.

---

* Judge Milton Pollack took no part in the decision of this matter.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of Michigan be, and the same hereby are, transferred to the Eastern District of Michigan and, with the consent of that court, assigned to the Honorable George E. Woods for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-559 -- IN RE DELOREAN MOTOR COMPANY LITIGATION

### Southern District of New York

Audio Systems, Inc. v. John Z. DeLorean, et al.,
C.A. No. 82 Civ 7003
Unsecured Creditors' Committee v. John Z. DeLorean, et al.,
C.A. No. 83 Civ 6232

### Eastern District of Michigan

Unsecured Creditors' Committee v. John Z. DeLorean, et al.,
C.A. No. 83 1305
Unsecured Creditors' Committee v. John Z. DeLorean, et al.,
C.A. No. 83 CV 2764
Unsecured Creditors' Committee v. John Z. DeLorean, et al.,
C.A. No. 83 CV 2762

### Southern District of Florida

Sidney J. Rudolph, et al. v. John Z. DeLorean, et al.,
C.A. No. 83-2137-Civ